UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAY LYNN, ) | |
| SANDRA LYNN, ) | |
| MAKAMAE CORP., ) | |
| ABIGAIL LYNN PAGE TRUST, ) | |
| I AM MY BROTHER'S KEEPER ) | |
| FOUNDATION INCORPORATED, ) | |
| JSL PROPERTIES, INC., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | No. 1:13-cv-00570-WTL-MJD |
| ) | |
| _____ ) | |
| ) | |
| MORGAN STANLEY SMITH BARNEY, ) | |
| LLC, ) | |
| JP MORGAN CHASE BANK, N.A., ) | |
| REGIONS BANK, ) | |
| OLD NATIONAL BANCORP, ) | |
| FINANCE CENTER FEDERAL CREDIT ) | |
| UNION, ) | |
| VANGUARD GROUP, INC., ) | |
| MESIROW FINANCIAL, ) | |
| ) | |
| Interested Partys. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss Complaint for Damages. [Dkt. 23.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the

Magistrate Judge's Report and Recommendation.  Accordingly, Defendant's Motion to Dismiss

Complaint for Damages is **granted**.

Date: 12/04/2013

                                                                                                               *William T. Lawrence*

Distribution:

                                                                                                               Hon. William T. Lawrence, Judge
                                                                                                                United States District Court

James K. Gilday  
GILDAY & ASSOCIATES, P.C.  
jgilday@gildaylegal.com

                                                                                                               Southern District of Indiana

Lindsay C. Dunn  
UNITED STATES ATTORNEY'S OFFICE  
lindsay.dunn@usdoj.gov

Nathan L. Strup  
UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION  
nathan.l.strup@usdoj.gov